# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

KEITH COOPER

v.

CITY OF ELKHART, ET AL.,

Cause No. 17-CV-834

## MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE ON BEHALF OF

KEITH COOPER

Party(s) Represented

Prefix (check one) ☒ Mr.  ☐ Ms.  ☐ Mrs.

Last Name: SLOSAR    First Name: ELLIOT    Middle Name/Initial: R

Generation (Sr, Jr, etc):

Firm Name: LOEVY & LOEVY

Street Address: 311 N. ABERDEEN STREET    Suite/Room No.: 3RD FLOOR

City: CHICAGO    State: ILLINOIS    Zip: 60607

Office Telephone No.: 312-243-5900    Fax No.: 312-243-5902

E-Mail Address: ELLIOT@LOEVY.COM

**EDUCATION:**

College: DEPAUL    Degree: BA    Year Completed: 2008

Law School: DEPAUL COLLEGE OF LAW    Year Graduated: 2013

Other Post-Graduate Schooling:

**LIST EACH STATE TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| STATE | YEAR ADMITTED | CURRENT STATUS | BAR I.D. NUMBER |
|---|---|---|---|
| ILLINOIS | 2014 | ACTIVE | 6315750 |
| | | | |
| | | | |
| | | | |

Please include a current certificate of good standing (fewer than 60 days old) from each jurisdiction listed above in order to satisfy the requirements articulated in Local Rule 83-5(a)(2)(C)(ii).

**LIST EACH FEDERAL COURT TO WHICH YOU ARE ADMITTED TO PRACTICE LAW:**

| COURT | YEAR ADMITTED | CURRENT STATUS |
|---|---|---|
| NORTHERN DISTRICT OF ILLINOIS | 2014 | ACTIVE |
| CENTRAL DISTRICT OF ILLINOIS | 2014 | ACTIVE |
| NORTHERN DISTRICT OF OHIO | 2014 | ACTIVE |
| 7th CIRCUIT COURT OF APPEALS | 2015 | ACTIVE |
| WESTERN DISTRICT OF KENTUCKY (PHV) | 2014 | ACTIVE |

If admitted to the U.S. Supreme Court, please provide a current certificate of good standing (fewer than 60 days old.) Otherwise, no certificate of good standing is needed for any other Federal Court listed above.

Have you ever been publicly disciplined by any other court in the United States or its territories, commonwealths, or possessions?   ☐ Yes (If yes, please attach an explanation)   ☒ No

Applicant: I, ELLIOT SLOSAR, do solemnly swear or affirm that:

I am a member in good standing of the bar of every jurisdiction to which I am admitted to practice.

I have read and will abide by the Local Rules of the United States District Court for the Northern District of Indiana, including Appendix B: Standards for Professional Conduct Within the Seventh Federal Judicial Circuit.

I declare under penalty of perjury that the statements in this application are true and correct.

Dated: 11/6/2017

Signature of Applicant

Considered and approved.

SO ORDERED.

Dated: _____          _____
                                                        Judge, U. S. District Court



# Attorney Registration and Disciplinary Commission
## of the
## Supreme Court of Illinois
### www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
11/6/2017

Re: Elliot Robert Slosar
Attorney No. 6315750

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Elliot Robert Slosar was admitted to practice law in Illinois on 5/1/2014; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: *[signature]*

Andrew Oliva
Registrar