AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| KEITH COOPER | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 17-CV-834 |
| REZUTKO, et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Keith Cooper .

Date: 11/06/2017

s/ Jon Loevy
*Attorney's signature*

Jon Loevy - 6218254
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607

*Address*

jon@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*