AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| KEITH COOPER ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 17-CV-834 |
| REZUTKO, et al ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Keith Cooper.

Date: 11/07/2017

s/ Heather Lewis Donnell
*Attorney's signature*

Heather Lewis Donnell - 6290050
*Printed name and bar number*

Loevy & Loevy
311 N. Aberdeen, 3rd FL
Chicago, IL 60607
*Address*

heather@loevy.com
*E-mail address*

(312) 243-5900
*Telephone number*

(312) 243-5902
*FAX number*