# UNITED STATES DISTRICT COURT
for the

KEITH COOPER )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 17-CV-834
CITY OF ELKHART, STEVEN REZUTKO, EDWARD )
WINDBIGLER, STEVE AMBROSE, TOM CUTLER )
)
)
*Defendant(s)* )

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

        Steve Ambrose
        53768 Pheasant Ridge Drive
        Bristol, Indiana 46507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 11/07/2017         S/Steven Till
                                                                      *Signature of Clerk or Deputy Clerk*

Civil Action No. 17-CV-834

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **Steve Ambrose**
was received by me on *(date)* **November 9, 2017**.

☒ I personally served the summons on the individual at *(place)* **53768 Pheasant Ridge Drive, Bristol, IN 46507** on *(date)* **11/10/17** ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **11/13/17**

*Server's signature*

**Larry Browning, Process Server**
*Printed name and title*

**50710 Princess Way, Ste 300, Granger, IN 46530**
*Server's address*

Additional information regarding attempted service, etc:

BRANDY LEE
Seal
Notary Public - State of Indiana
St Joseph Co.
My Commission Expires ... 021