# UNITED STATES DISTRICT COURT
for the

KEITH COOPER

*Plaintiff(s)*

v.

CITY OF ELKHART, STEVEN REZUTKO, EDWARD WINDBIGLER, STEVE AMBROSE, TOM CUTLER

*Defendant(s)*

Civil Action No. 17-CV-834

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CITY OF ELKHART
229 S. Second Street
Elkhart, Indiana 46516

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 11/07/2017

s/Steven Till
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 17-CV-834

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **City of Elkhart**
was received by me on *(date)* **November 9, 2017**.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Crystal Rogers, Paralegal**, who is designated by law to accept service of process on behalf of *(name of organization)* **City of Elkhart** on *(date)* **11/13/17** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0**.

I declare under penalty of perjury that this information is true.

Date: **11/13/17**

*Server's signature*

**Larry Browning, Process Server**
*Printed name and title*

**50710 Princess Way, Ste 300, Granger, IN 46530**
*Server's address*

Additional information regarding attempted service, etc:

BRANDY LEE LORD
Seal
Notary Public - State of Indiana
St Joseph County
My Commission Expires May 14, 2021