AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

| | |
|---|---|
| KEITH COOPER | ) |
| *Plaintiff* | ) |
| v. | ) Case No. 3:17-CV-00834 |
| CITY OF ELKHART et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CITY OF ELKHART.

Date: 11/16/2017

/s/ Nicholas T. Otis
*Attorney's signature*

Nicholas T. Otis, # 27992-64
*Printed name and bar number*

Newby, Lewis, Kaminski & Jones, LLP
916 Lincolnway
P.O. Box 1816
La Porte, In 46352-1816
*Address*

ntotis@nlkj.com
*E-mail address*

(219) 362-1577
*Telephone number*

(219) 362-2106
*FAX number*