**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION**

| | |
|---|---|
| KEITH COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CASE NO.  3:17-CV-00834-PPS-MGG |
| v. | ) |
| | ) |
| CITY OF ELKHART, | ) |
| STEVE REZUTKO, | ) |
| EDWARD WINDBIGLER, | ) |
| STEVEN AMBROSE, and | ) |
| TOM CUTLER, in their individual capacities | ) |
| | ) |
| Defendants. | ) |

**NOTICE OF EXTENSION**

Defendant, **CITY OF ELKHART**, by counsel, states that Plaintiff filed his Complaint on November 6, 2017, and the Summons was issued to this defendant on November 13, 2017. Therefore, the deadline to file its responsive pleading is December 4, 2017.  This Defendant has contacted plaintiff's counsel and the parties have agreed to sixty (60) day extension of time to and including **January 15, 2018**, for this defendant to respond to plaintiff's complaint.

DATE: November 16, 2017        /S/ Martin W. Kus
                                Martin W. Kus, # 5377-46
                                Matthew J. Hagenow, # 22378-46
                                Nicholas T. Otis, # 27992-64
                                916 Lincolnway, P. O. Box 1816
                                La Porte, IN  46352-1816
                                Telephone: (219) 362-1577
                                Facsimile: (219) 362-2106
                                Email:  mwkus@nlkj.com
                                *Attorneys for Defendant, City of Elkhart*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEITH COOPER, )<br>)<br>Plaintiff, )<br>)<br>vi. )<br>)<br>CITY OF ELKHART, )<br>STEVE REZUTKO, )<br>EDWARD WINDBIGLER, )<br>STEVEN AMBROSE, and )<br>TOM CUTLER, in their individual capacities )<br>)<br>Defendants. ) | CASE NO. 3:17-CV-00834-PPS-MGG |

PROOF OF SERVICE

I hereby certify that on the 16th day of November 2017 I electronically filed a complete copy Notice of Extension on behalf of Defendant, City of Elkhart and this Proof of Service with the Clerk of the Court CM/ECT system:

Elliot R. Slosar: elliot@loevy.com;
Jon Loevy: jon@loevy.com ;
Gayle Horn: gayle@loevy.com;
Heather Lewis Donnell: heather@loevy.com

**NEWBY, LEWIS, KAMINSKI AND JONES, LLP**

By: /S/ Martin W. Kus