# United States District Court
## Northern District of Indiana
## South Bend Division

| | |
|---|---|
| KEITH COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 3:17-cv-00834 |
| CITY OF ELKHART, STEVE REZUTKO, | ) |
| EDWARD WINDBIGLER, STEVEN AMBROSE, | ) |
| and TOM CUTLER, in their individual capacities, | ) |
| | ) |
| Defendants. | ) |

## APPEARANCE

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Judicial Circuit pursuant to N.D. Ind. L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them. I declare under penalty of perjury that the foregoing is true and correct.

Enter my appearance as counsel in this case for <u>STEVE REZUTKO, EDWARD WINDBIGLER, STEVEN AMBROSE and TOM CUTLER</u>

Date: November 21, 2017      /s/ Michelle K. Floyd
            *Signature*
            Michelle K. Floyd
            *Print Name*
            29249-02
            *Indiana Attorney Registration Number*
            803 S. Calhoun Street, Suite 900
            *Address*
            Fort Wayne         IN         46802
            *City            State       Zip*
            (260) 423-1311
            *Phone Number*

# CERTIFICATE OF SERVICE

       I hereby certify that on November 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following:

| | |
|---|---|
| Elliot R. Slosar | Martin W. Kus |
| Gayle M. Horn | Matthew J. Hagenow |
| Heather Lewis Donnell | Nicholas T. Otis |
| Jon Loevy | NEWBY LEWIS KAMINSKI JONES, LLP |
| LOEVY & LOEVY | 916 Lincolnway |
| 311 N. Aberdeen Street, 3rd Flr | LaPorte, IN 46350 |
| Chicago, IL 60607 | mwkus@nlkj.com |
| Elliot@loevy.com | mjhagenow@nlkj.com |
| Gayle@loevy.com | ntotis@nlkj.com |
| Heather@loevy.com | |
| Jon@loevy.com | |

                                            /s/ Michelle K. Floyd
                                            Michelle K. Floyd