UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEITH COOPER, ) | |
|     Plaintiff, ) | |
| v. ) | Case No. 3:17 CV 834 PPS MGG |
| ) | |
| CITY OF ELKHART, STEVE ) | |
| REZUTKO, EDWARD WINDBIGLER, ) | |
| STEVEN AMBROSE and TOM ) | |
| CUTLER, in their individual capacities, ) | |
| ) | |
|     Defendants. ) | |

# MOTION TO QUASH SUBPOENA

South Bend Tribune Corp., by its counsel, moves the Court under Fed. Rule Civ. Pro. 45(d)(3) to quash or modify the subpoena served upon the South Bend Tribune by the City of Elkhart, a defendant in this case. In support of its motion, the Tribune files herewith:

1. Brief in Support of Motion to Quash or Modify Subpoena;

2. Declaration of Cory Havens, with exhibits;

3. Certificate of Compliance with N.D. Ind. Local Rule 37-1.

WHEREFORE, the Tribune prays for an order quashing or modifying the City of Elkhart's subpoena, and for all other relief appropriate in the premises.

Respectfully submitted,

**EICHHORN & EICHHORN, LLP**

By:/s/ John P. Twohy
_____
*One of the attorneys for
  South Bend Tribune Corp.*

John P. Twohy
**EICHHORN & EICHHORN, LLP**
ATTORNEYS AT LAW
2929 Carlson Drive, Suite 100
Hammond, Indiana  46323
Tel. (219) 931-0560
jtwohy@eichhorn-law.com

2

## CERTIFICATE OF SERVICE

I, John P. Twohy, hereby certify that on the _____26th_____ day of July 2018, true and complete copies of the foregoing Motion to Quash or Modify Subpoena, were served upon:

Elliot R. Slosar
Gayle M. Horn
Heather Lewis Donnell
Jon Loevy
LOEVY & LOEVY
311 N Aberdeen Street, 3rd Floor
Chicago, Illinois  60607

Andrew S. Williams
Michelle K. Floyd
HUNT SUEDHOFF KALAMAROS LLP
803 S Calhoun Street, Suite 900
Fort Wayne, Indiana  46858

Martin W. Kus
Matthew J. Hagenow
Nicholas T. Otis
NEWBY LEWIS KAMINSKI & JONES LLP
916 Lincolnway
LaPorte, Indiana  46350

by e-mail, via the Case Management / Electronic Case Files (CM / ECF) System maintained by the Clerk for the United States District Court for the Northern District of Indiana.

/s/ John P. Twohy

John P. Twohy

**EICHHORN & EICHHORN, LLP**
ATTORNEYS AT LAW
2929 Carlson Drive, Suite 100
Hammond, Indiana  46323
Tel. (219) 931-0560
jtwohy@eichhorn-law.com

3