UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| KEITH COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:17-cv-834-PPS-MGG |
| | ) |
| CITY OF ELKHART, | ) |
| STEVE REZUTKO, EDWARD | ) |
| WINDBIGLER, STEVEN AMBROSE, | ) |
| and TOM CUTLER, | ) |
| | ) |
| Defendants. | ) |

## ORDER

No objections have been timely filed to the Report and Recommendation of United States Magistrate Judge Michael G. Gotsch concerning the Motion for Sanctions Due to Perjury and Discovery Violations by Defendant Rezutko and the City of Elkhart. [DE 159.] Accordingly, I adopt Judge Gotsch's Report and Recommendation in full. Plaintiff Keith Cooper's Motion for Sanctions [DE 72] is DENIED.

SO ORDERED on October 17, 2019.

/s/ Philip P. Simon
PHILIP P. SIMON, JUDGE
UNITED STATES DISTRICT COURT